1050

In the Matter of FRANK G., Appellant, v RENEE P-F. et al., Respondents. (Proceeding No. 1.)

In the Matter of RENEE P-F., Respondent, v FRANK G., Appellant. (Proceeding No. 2.)

In the Matter of JOSEPH P., Respondent, v FRANK G., Appellant. (Proceeding No. 3.)

Submitted October 24, 2016; decided November 17, 2016

Reported below, 2016 NY Slip Op 86992(U).

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceedings within the meaning of the Constitution. Motion for a stay dismissed as academic.

DAVID FRIEDMAN, Appellant, v THE HEBREW HOME FOR THE AGED AT RIVERDALE, Respondent.

Submitted July 5, 2016; decided November 17, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution (*see Kushlin v Bialer*, 26 NY2d 748 [1970]).

DAVID FRIEDMAN, Appellant, v THE HEBREW HOME FOR THE AGED AT RIVERDALE, Respondent.

Submitted July 25, 2016; decided November 17, 2016

Motion by New Yorkers for Patient & Family Empowerment et al. for leave to appear amici curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

DAVID FRIEDMAN, Appellant, v THE HEBREW HOME FOR THE AGED AT RIVERDALE, Respondent.

Submitted July 25, 2016; decided November 17, 2016

Motion by New York State Trial Lawyers Association for leave to appear amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

In the Matter of JOHN A. LAVENDER, II, Appellant, v ZONING BOARD OF APPEALS OF THE TOWN OF BOLTON et al., Respondents.

Decided November 17, 2016

Appeal, insofar as taken from that part of the Appellate Division order affirming the June 2013 Supreme Court judgment, dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved; appeal otherwise dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the remaining portion of the Appellate Division order does not finally determine the proceeding within the meaning of the Constitution.

RHONDA LEWIS et al., Appellants, v ROBERT JUTKOWITZ et al., Defendants, and WILLIAM GAEL et al., Respondents.

Submitted July 25, 2016; decided November 17, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution (*see Paglia v Agrawal*, 69 NY2d 946 [1987]).

SHELLEY MIZRAHI-SROUR, Respondent, v ALBERT SROUR, Appellant.

Submitted June 6, 2016; decided November 17, 2016

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.